FILED
2015 Sep-11 PM 09:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No: 5:15-CR-137-RDP-TMP |
| | ) | |
| JASON WARD | ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Deanna Oswald, Research and Writing Attorney for the Office of the Federal Public Defender of the Northern District of Alabama, and enters her notice on behalf of Defendant, Jason Ward, in the above-styled case.

This 11th day of September, 2015.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/Deanna Oswald**
Deanna Oswald
Research and Writing Attorney
Office of the Federal Public Defender
Northern District of Alabama
200 Clinton Avenue West, Suite 503
Huntsville, Alabama 35801
(256) 684-8700
deanna_oswald@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No: 5:15-CR-137-RDP-TMP |
| | ) | |
| JASON WARD | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/Deanna Oswald
Deanna Oswald
Research and Writing Attorney
Office of the Federal Public Defender
Northern District of Alabama
200 Clinton Avenue West, Suite 503
Huntsville, Alabama 35801
(256) 684-8700
deanna_oswald@fd.org