

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## <u>NORTHEASTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **5:15-cr-137-VEH-HGD** |
| | ) | |
| **JASON WARD** | ) | |

## <u>MOTION TO DISMISS</u>

COMES NOW the United States of America, by and through Joyce White Vance, United States Attorney for the Northern District of Alabama, and Davis Barlow, Assistant United States Attorney, and respectfully requests this Honorable Court dismiss with prejudice the Indictment filed in this matter.

Respectfully submitted this 18th day of September 2015.


JOYCE WHITE VANCE
United States Attorney

*/s/ Davis Barlow*
DAVIS BARLOW
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this 18th day of September 2015, using the CM/ECF filing system which will send notification of said filing to all counsel of record.

/s/ Davis Barlow
DAVIS BARLOW
Assistant United States Attorney
400 Meridian St., Suite 304
Huntsville, Alabama 35801
(256) 534-8285