# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

VS.                                        5:15-CR-137-VEH-HGD-1

**JASON WARD,**
    Defendant.

## ORDER

The Court has before it Government's Motion to Dismiss the Indictment (doc. 11). The court finds that the motion is due to be and is hereby **GRANTED**. The Indictment as to the above named defendant is **DISMISSED WITH PREJUDICE**.

**DONE** this 18th day of September, 2015.

**VIRGINIA EMERSON HOPKINS**
United States District Judge